## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEVIN BALTIMORE, on behalf of themselves and others similarly situated, | : : : : | CIVIL ACTION FILE NO. 21-cv-10045 |
| Plaintiff, | : : | |
| v. | : : | |
| JCJB MARKETING INC. | : : | |
| Defendant. | : : | |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and they intend to file a notice of dismissal within twenty-one days.

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this 15th day of March, 2021 on all counsel of record via the Court's CM/ECF system.

/s/ Anthony I. Paronich
Anthony I. Paronich