UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Kevin Baltimore**

   Plaintiff

   **v.**                    **Civil Action No.** <u>21-10045-ADB</u>

**JCJB Marketing Inc.**

   Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>BURROUGHS, D.J.</u>

   The Court having been advised by counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within Twenty-One (21) days to reopen the action if settlement is not consummated.

                                                    By the Court,

3/16/2021                                          /S/ Christina McDonagh
  Date                                               Christina McDonagh
                                                    Docket Clerk