# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN BALTIMORE, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JCJB MARKETING INC.<br><br>Defendant. | :<br>: CIVIL ACTION FILE NO. 21-cv-10045<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff hereby voluntarily dismiss all of his claims against the Defendant with prejudice.

Dated: March 25, 2021

Respectfully submitted,

By: /s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been served on this 25th day of March, 2021 on all counsel of record via the Court's CM/ECF system.

                                          */s/ Anthony I. Paronich*
                                          Anthony I. Paronich